In the Matter of the Claim of NATALIE H. GUDMUNDSEN, Respondent, v. OLIN-MATHIESON CHEMICAL CORPORATION (E. R. SQUIBB & SONS DIVISION), Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ. [As amd. and republished Jan. 18, 1962.]